UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Old Republic National Title
Insurance Co.

        v.                          Civil No. 10-cv-447-JD

John A. Boender


                        O R D E R


     On today's date, a preliminary pretrial conference was held in
this case.  The following attorneys appeared:  Thomas M. Looney and
Michael J. Lambert for the plaintiff and Paul McEachern for the
defendants.  The court approves the proposed Joint Discovery Plan
(document no. 12) with the following amendment:

     **Summary Judgment**:  Motions for Summary judgment shall be filed no
     later than September 19, 2011.

     The parties concurred with respect to the aforementioned
amendment.

                              _____
                              Landya B. McCafferty
                              United States Magistrate Judge


Date:  January 26, 2011

cc:  Michael J. Lambert, Esq.
     Thomas M. Looney, Esq.
     Alec L. McEachern, Esq.